United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLORENCIO TORRES, | § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-68 |
| | § | |
| LORIE DAVIS, | § § | |
| Respondent. | § § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 19). The M&R recommends that the Court grant Respondent's motion for summary judgment (D.E. 14) and dismiss Petitioner's petition for writ of habeas corpus (D.E. 1) as untimely. (D.E. 19, p. 8). Additionally, the M&R recommends that the Court deny Petitioner a certificate of appealability. *Id.*; *see* 28 U.S.C. § 2253(c).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* U.S.C. § 636(b)(1); FED R. CIV. P. 72(b); General Order No. 2002-13. Petitioner timely filed objections to the M&R. (D.E. 23). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Petitioner's objections were directed, 28 U.S.C. § 636(b)(1), the court **OVERRULES** Petitioner's objections. (D.E. 23).

Accordingly, the Court:

(1) **ADOPTS** the M&R in its entirety. (D.E. 19).

(2) Respondent's motion for summary judgment (D.E. 14) is **GRANTED**.

(3) Petitioner's petition for writ of habeas corpus is **DISMISSED**. (D.E. 1).

(4) A certificate of appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       November 9, 2020